# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

129560

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALLSTATE INSURANCE COMPANY,
      Plaintiff-Appellee,

v

                                         SC: 129560
                                         COA: 261543
                                         Wayne CC: 04-402445-CK

DELILAH HILL,
         Defendant,

and

STEVEN HUNTINGTON, and
SANDRA HUNTINGTON,
         Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the August 16, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
                                    Clerk

p0320